444 F.2d 541
 Jim MILLER, Plaintiff-Appellant,
v.
Elliott L. RICHARDSON, Secretary of Health, Education and Welfare, Defendant-Appellee.
 No. 71-1703 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 July 15, 1971.
 
 Appeal from the United States District Court for the Middle District of Florida; Joseph P. Lieb, Chief Judge.
 John A. Lloyd, Jr., of Masterson, Lloyd, Sundberg & Rogers, St. Petersburg, Fla., for plaintiff-appellant.
 John L. Briggs, U. S. Atty., Richard H. McInnis, Asst. U. S. Atty., Tampa, Fla., for defendant-appellee.
 Before COLEMAN, SIMPSON and MORGAN, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 Notes:
 
 
 *
 Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Company of New York, et al., 5 Cir. 1970, 431 F.2d 409, Part I
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966